**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6294**

───────────

JESSE N. FRISBEE,

        Plaintiff - Appellant,

    v.

BUNCOMBE COUNTY DETENTION FACILITY; CORRECTIONAL OFFICER OWENS,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:23-cv-00011-MR)

───────────

Submitted:  July 20, 2023                          Decided:  July 25, 2023

───────────

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Jesse N. Frisbee, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse N. Frisbee appeals the district court's order dismissing for lack of standing the 42 U.S.C. § 1983 complaint Frisbee purported to bring on behalf of his deceased mother. The court dismissed the action because Frisbee failed to allege that he is the personal representative of his mother's estate, as required to bring a wrongful death action under North Carolina law. *See Williams v. Bradshaw*, 459 F.3d 846, 848 (8th Cir. 2006) (explaining that "[f]ederal courts are to apply state law in deciding who may bring a § 1983 action on a decedent's behalf"). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Frisbee v. Buncombe Cnty. Det. Facility*, No. 1:23-cv-00011-MR (W.D.N.C. Mar. 6, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*